**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| TAMAR BROWN, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CV-68 (WLS-TQL) |
| | : | |
| SOUTHERN SENIOR ASSOCIATES, LLC, d/b/a THE RESIDENCE AT OAK GROVE, a Foreign Limited Liability Company, | : : : : | |
| Defendant. | : : | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion to Modify the Case Management and Scheduling Order ("the Motion") (Doc. 35). Therein, Plaintiff ask the Court to extend the deadline to conduct discovery and submit dispositive motions in the above-captioned case by sixty (60) days. Plaintiff contends this modification is warranted because the Parties need additional time to resolve discovery issues.

For good cause shown, Plaintiff's motion is **GRANTED**. The Scheduling and Discovery Order (Doc. 31) is hereby **AMENDED** such that discovery is to be completed no later than **Monday, August 12, 2024,** and dispositive motions are due no later than **Wednesday, September 11, 2024**, or as otherwise ordered by the Court. All other deadlines except as affected by this Order, remain in full force and effect.

**SO ORDERED**, this 10th day of June 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**