IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TAMAR BROWN, | * |
| Plaintiff, | * |
| v. | Case No.7:23-cv-68 (WLS) |
| | * |
| SOUTHERN SENIOR ASSOCIATES, LLC, d/b/a THE RESIDENCE AT OAK GROVE, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 3, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 3rd day of June, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk